WILLIAM C. JOHNSTON *vs.* EDWIN FAXON & another.

Suffolk.    January 26, 1897. — January 26, 1897.

Present: FIELD, C. J., ALLEN, HOLMES, & KNOWLTON, JJ.

*Discharge of Report where there was no Verdict or Decision in Superior Court.*

The report of a case to this court by a justice of the Superior Court will be discharged, if there was no verdict or decision by that court.

CONTRACT, to recover damages for the alleged breach of an agreement.    The case was referred to an auditor, who found that the plaintiff did not commit the alleged breach, and further found that he was entitled to recover of the defendants one dollar nominal damages.    The case was then reported by *Sherman,* J., at the plaintiff's request, for the determination of this court, such judgment to be entered as justice might require.

*C. E. Todd,* for the plaintiff, submitted the case on a brief.

*C. B. Southard,* (*T. Parker* with him,) for the defendants.

FIELD, C. J.    There has been no verdict or decision by the Superior Court.    Pub. Sts. c. 153, § 6.    *Terry* v. *Brightman,* 129 Mass. 535.

*Report discharged.*